UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO 15-CV-61493-ZLOCH/HUNT
FORT LAUDERDALE DIVISION

KATHLEEN LEE,

      Plaintiff,

v.

AAA PEST PROTECTION, INC. and
WILLIAM ROBLES, individually,

      Defendants.

_____

## JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS CASE WITH PREJUDICE

Pursuant to SD Fla. LR 7.1, the Parties *jointly* move this Court to approve

the confidential Settlement Agreement entered into by the Parties and dismiss this

case with prejudice, and in support state:

      1.    Plaintiff was employed by Defendant AAA Pest Protection, Inc.

from April 14, 2014 to on or about October 5, 2014.  There were no other employees

who held the same position as the Plaintiff.

      2.    On July 21, 2015, Plaintiff filed a complaint alleging Defendants

violated the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. § 201-216.

[DE 1]

      3.    The parties jointly confirm that they had a *bona fide* dispute

under the FLSA and that they are resolving this matter in order to avoid the cost

1

and time of litigating the issues.  All parties have been represented by counsel throughout the litigation.

4.      The parties represent that this settlement reflects a reasonable compromise of a *bona fide* dispute over the provisions of the FLSA, as well as the Florida statutory and common law claims.

5.      On January 18, 2016, the Parties attended mediation and resolved their issues with the benefit of representation of counsel.  Thereafter, the Parties memorialized the settlement terms in writing.

6.      Pursuant to the case law of this Circuit, judicial review and approval of a tentative FLSA settlement is necessary to give it final and binding effect.  See Lynn's Food Stores, Inc. v United States, etc. 679 F. 2d 1350, 1352-1353 (11th Cir. 1982).  Accordingly, the Parties provide the Court with the Settlement Agreement on this same date.

WHEREFORE the Parties respectfully request dismissal, with prejudice, of this action upon approval by the Court and for the Court to retain jurisdiction in the case of breach, for 60 days from the date of dismissal.

Respectfully submitted this 25th day of January 2016.

s/ Gina Cadogan                          /s/ Richard A. Ivers
Gina Marie Cadogan, Esquire              Richard A. Ivers
Florida Bar No.: 177350                  Law Office of Richard A. Ivers
CADOGAN LAW                              7451 Wiles Road, Suite 101
300 S. Pine Island Road, Suite 107       Coral Springs, FL 33067
Plantation, Florida 33324                Tel: 954.757.6262
954-606-5891                             Fax: 954.757.6594
877-464-7316                             Email: Richard@iverslawfirm.com

gina@cadoganlaw.com                    Email: Teresa@iverslawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25 day of January 2016, that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Gina Cadogan*
GINA MARIE CADOGAN
Fla. Bar. 177350
CADOGAN LAW
300 S. Pine Island Road, Suite 107
Plantation, Florida 33324
Tel: 954.606.5891
Facsimile: 877.464.7316
Email: gina@cadoganlaw.com

## SERVICE LIST
*Lee v. AAA Pest, et al Case No. 15-cv-61493-Zloch*

Richard A. Ivers
Law Office of Richard A. Ivers
7451 Wiles Road, Suite 101
Coral Springs, FL 33067
Tel: 954.757.6262
Fax: 954.757.6594
Email: Richard@iverslawfirm.com
Email: Teresa@iverslawfirm.com
*Counsel for Defendants*
*[CM/ECF]*

3